# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V. | CAUSE NO. 3:16-cr-00041-CWR-FKB-2 |
| ANTHONY WATSON | DEFENDANT |

## ORDER

The Court has reviewed Defendant's Motion to Vacate under 28 U.S.C. § 2255, filed on September 25, 2017 [Docket No. 39], and is of the opinion that a response from the Government is appropriate. Accordingly, it is ORDERED:

That within sixty (60) days of the date of this order, the United States of America shall submit a response to Defendant's motion.

**SO ORDERED**, this the 17th day of November, 2017.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE